AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| MARCUS LEWIS | Case Number: 8:07-CR-145-T-17MSS<br>USM Number: 03682-017 |
| | AFPD David Secular<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) 1-9 of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Resisting/Obstructing Officer without Violence | June 14, 2007 |
| 2 | Failure to refrain from illegal drug use | April 12, 2007 |
| 3 | Positive urinalysis for Cocaine | May 3, 2007 |
| 4 | Positive urinalysis for Opiates | May 3, 2007 |
| 5 | Positive urinalysis for Cocaine | August 23, 2007 |
| 6 | Positive urinalysis for Cannabis | August 23, 2007 |
| 7 | Failure to participate in Drug Aftercare Treatment | October 4, 2007 |
| 8 | Failure to reside in a Residential Re-Entry Center | November 5, 2007 |
| 9 | Failure to complete Community Service | April 9, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 23, 2008
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

APRIL 23RD, 2008
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: MARCUS LEWIS | Judgment - Page 2 of 2 |
| CASE NUMBER: 8:07-CR-145-T-17MSS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **SIX (6) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL